PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Michael A. DAILEY**            Docket No. 1:16CR04743-001JCH

Petition for Action on Conditions of Release Pending Revocation Hearing

COMES NOW **John M. Lovato** United States Probation Officer presenting an official report upon the conduct of **Michael A Dailey** who was placed under pretrial release supervision by the Honorable Laura Fashing, United States Magistrate, sitting in the court at Albuquerque New Mexico, on February 6, 2023, with conditions which included the following:

(7)(m)-The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined at 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

(7)(t)-All previously imposed conditions of release remain in effect.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

On May 26, 2023, the defendant reported to the United States Probation Office to submit a urine sample for drug testing. The results of the urinalysis revealed a diluted urine specimen with the presence of d-methamphetamine.

On June 2, 2023, the defendant reported to the United States Probation Office to submit a urine sample for drug testing. The results of the urinalysis revealed a dilute urine specimen which was positive for the presence of d-methamphetamine.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/09/2023

*John M Lovato* (signature)
John M. Lovato
Senior United States Probation Officer

Place ; Albuquerque, New Mexico