# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | 16-CR-4743 JCH | UNITED STATES vs. Dailey | |
| Hearing Date: | 6/12/2023 | Time In and Out: | 2:00 p.m./2:02 p.m. 2:04 p.m./2:14 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Chama |
| Defendant: | Michael Dailey | Defendant's Counsel: | Jaykrishman Nair |
| AUSA: | Frederick Mendenhall, III | Pretrial/Probation: | John Lovato |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☒ Government moves to detain  ☐ Government does not recommend detention
- ☒ Set for Show Cause/Detention Hearing    on Wednesday, June 14, 2023    @ 9:30 a.m.

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds  ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐