AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 JUN 12 PM 2:51

CLERK-ALBUQUERQUE

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1084 1:16CR04743- 001JCH |
| Michael A DAILEY | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Michael A Dailey

Also Known As: Dailey, Michael, Also Known As: Darley, Michael Antonio, Also Known As: Dalley, Michael A, Also Known As: Daily, Michael Antonio, Also Known As: Dailey, Mike Antonio, Also Known As: Dailey, Michaelanton A, Also Known As: Dailey, Michael Antonio, Also Known As: Dailey, Michael Anthony, Also Known As: Dailey, Happy
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:


Date:   06/09/2023                                          *Elizabeth Hernandez*, for
                                                            *Issuing Officer's signature*

City and state:   Albuquerque, New Mexico                   MITCHELL R. ELFERS, CLERK OF COURT
                                                            *Printed name and title*

---

**Return**

This warrant was received on (date) 6/9/2023 , and the person was arrested on (date) 6/12/2023
at (city and state) Albuquerque, NM .

Date: 6/12/2023

[signature]
*Arresting officer's signature*

D. SMITH   DUSM
*Printed name and title*