IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                                                                                     CR 16-4743 JCH

MICHAEL A DAILEY,

      Defendant.

ORDER REVOKING RELEASE PENDING REVOCATION HEARING

      THIS MATTER is before the Court for hearing, the Court having found that the Defendant violated his conditions of release, and the Court being fully advised in the premises;

      IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant MICHAEL A DAILEY, be remanded to the custody of the U.S. Marshal pending his final revocation hearing in this matter.

                                                                                                        Laura Fashing, U.S. Magistrate Judge